MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:   (415) 436-7017
 Fax:          (415) 436-7009
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>HUGH LESLIE BARAS,<br><br>              Defendant.<br>_____ | No. CR 11-0523 SBA<br><br>STIPULATION TO RESCHEDULE<br>STATUS CONFERENCE AND TO<br>EXCLUDE TIME UNDER SPEEDY TRIAL<br>ACT AND  ORDER THEREON |

It is hereby stipulated by and between Plaintiff and Defendant, Hugh Leslie Baras,

through their respective counsel, as follows:

1.  That the status conference in this matter be rescheduled from January 24, 2012 to

February 21, 2012, at 9:00 a.m; and

2.  For the reason of ongoing discovery issues, and that defendant's counsel requires

reasonable time to review extensive discovery already produced in this matter, to prepare

this matter for trial, and to prepare witnesses for trial; and that the period of delay from

January 24, 2012, to February 21, 2012, shall be excluded pursuant to 18 U. S.C., §

3161(h)(7)(A) and (h)(B)(iv) as the ends of justice served by this exclusion allowing for

//

//

1  continuity of counsel, ongoing discovery production and review, and for adequate trial

2  preparation in this matter outweigh the best interest of the public and the defendant in a

3  speedy trial.

4                                         MELINDA HAAG
                                          United States Attorney

5

6  _____/s/_____              _____/s/_____
   MARC J. ZILVERSMIT              THOMAS MOORE
7  Attorney for Hugh Leslie Baras  Assistant United States Attorney
                                    Chief, Tax Division
8

9

10

11     PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13  Dated: 1/18/12 _____        _Saundra B Armstrong_____

14                                       UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28