MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:   (415) 436-7017
 Fax:         (415) 436-7009
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0523 SBA |
| Plaintiff, | |
| v. | STIPULATION TO RESCHEDULE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT AND ORDER THEREON |
| HUGH LESLIE BARAS, | |
| Defendant. | |

        It is hereby stipulated by and between Plaintiff and Defendant, Hugh Leslie Baras, through their respective counsel, as follows:

        1.  That the status conference in this matter be rescheduled from March 6, 2012, to April **2**, 2012, at 10:00 a.m; and

        2.  For the reason of ongoing discovery issues, and that defendant's counsel requires reasonable time to review extensive discovery already produced in this matter, to prepare this matter for trial, and to prepare witnesses for trial; and that the period of delay from March 6, 2012, to April **2**, 2012, shall be excluded pursuant to 18 U. S.C., § 3161(h)(7)(A) and (h)(B)(iv) as the ends of justice served by this exclusion allowing for

//

//

continuity of counsel, ongoing discovery production and review, and for adequate trial preparation in this matter outweigh the best interest of the public and the defendant in a speedy trial.

MELINDA HAAG
United States Attorney


_____/s/_____                    _____/s/_____
MARC J. ZILVERSMIT              THOMAS MOORE
Attorney for Hugh Leslie Baras     Assistant United States Attorney
                                   Chief, Tax Division


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/2/12

_____Saundra B Armstrong_____
UNITED STATES DISTRICT JUDGE