MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:   (415) 436-7017
 Fax:         (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0523 SBA |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO RESCHEDULE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT AND  ORDER THEREON |
| HUGH LESLIE BARAS, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between Plaintiff and Defendant, Hugh Leslie Baras, through their respective counsel, as follows:

1.   That the status conference in this matter be rescheduled from May 22, 2012, to July 20, 2012, at 9:30 a.m before United States Magistrate Judge Ryu; and

2.   For the reason of ongoing discovery issues, and that defendant's counsel requires reasonable time to review extensive discovery already produced in this matter, to obtain an expert's report, to prepare this matter for trial, and to prepare witnesses for trial; and that the period of delay from May 22, 2012 to July 20, 2012, shall be excluded pursuant to 18 U. S.C., § 3161(h)(7)(A) and (h)(B)(iv) as the ends of justice served by this exclusion allowing for continuity of counsel, preparation of an expert's report, ongoing discovery

///

///

1    production and review, and for adequate trial preparation in this matter outweigh the best

2    interest of the public and the defendant in a speedy trial.

3                                          MELINDA HAAG
                                          United States Attorney
4

5          /s/                                    /s/
6    MARC J. ZILVERSMIT                   THOMAS MOORE
     Attorney for Hugh Leslie Baras      Assistant United States Attorney
                                          Chief, Tax Division
7

8

9

10         PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12   Dated: 5/11/12

13                                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXCLUDE TIME &
[Proposed] ORD. THEREON (No. CR-11-0523 SBA)      2