UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    vs.<br><br>HUGH LESLIE BARAS,<br>       Defendants | Case No.: 11-CR-00523 YGR<br><br>**TRIAL SETTING ORDER** |

Having considered the filings to date and the arguments and other submissions at the Pretrial Conference, for good cause shown the Court enters the following orders:

1. **Trial Date and Schedule:**  The trial of this matter is hereby scheduled for to begin on January 21, 2014 at 8:30 a.m. in Courtroom 5 of the above-referenced Court.  Trial is estimated to last ten (10) court days.

    Trial schedule will be generally as follows, Monday through Friday, from 8:30 a.m. to 1:30 p.m. with two fifteen minute breaks.  We will not be in trial January 30-31, 2014.  Additional time may be scheduled for matters outside the presence of the jury as necessary and determined by the Court.  Side bars are not permitted.  Counsel should be prepared to anticipate issues so that they may be addressed outside of normal trial hours.

2. **Pre-Trial Conference:**

    a. A pre-trial conference shall be held on Thursday, January 9, 2014 at 9:00 a.m.

    b. The parties shall comply with Local Rule 17.1-1(b) and the Court's Standing Order in Criminal Cases.  To the extent not done, the parties shall file the

pretrial conference statement addressing all fifteen (**15)** issues identified therein and all related filings by January 3, 2014.

3. **Motions in Limine:**

A motion *in limine* refers "to any motion, whether made before or during trial, to exclude anticipated prejudicial evidence before the evidence is actually offered." *Luce v. United States*, 469 U.S. 38, 40, n. 2 (1984).

    a. The Court issued an order addressing all outstanding motions on December 11, 2013. (Dkt. No. 94.)  Defendant sought leave to file a Motion for Reconsideration re the Payments made on the outstanding taxes due.  The Court has granted leave to file the motion.  Defendant shall file by December 20, 2013.  Opposition shall be filed by December 31, 2013.  No reply is allowed.

    b. The Court shall conduct an evidentiary hearing on the admissibility of defense experts Dr. Missett and Dr. Smith on January 9, 2013 at 9:00 a.m. in conjunction with the pre-trial conference.  Defendant shall file a notice by December 20, 2013 to confirm whether he is withdrawing either of the experts.

    c. Court hereby orders that witnesses shall be excluded until testimony is completed.  Parties are ordered to admonish witnesses of the Court's rulings.  Failure to comply with a ruling by the Court may result in sanctions, including without limitation the striking of the witness's entire testimony.

4. **Exhibits and Exhibit Lists:**

No witness may be shown any document or other object until it has been marked for identification using an exhibit number.  The jury may not be shown any exhibits until admitted into evidence or stipulated by the parties as to admissibility without the express permission of the Court.

To the extent agreed upon, the parties shall file Exhibit Lists identifying those for which a stipulation of admissibility exists with an "S" in the appropriate box. When printing and providing these documents to the Court, please use the "portrait" orientation only. (Do not use "landscape" orientation.) A sample format is provided below:

| Ex. No. | Description | Sponsoring Witness | Stipulation to Admit | Objection | Date Admitted |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Physical evidence must also be pre-marked. For purposes of the Court's binder of anticipated exhibits referenced in paragraph 2 above, a picture of the exhibit should be taken and placed in the binder.

Parties are advised to review their exhibits critically and determine whether sub-designations are appropriate for both the record and rulings on any potential objections. For instance, if an exhibit consists of a series of pictures, rather than designate the exhibit collectively as Exhibit 1, each picture should have a designation, *i.e.* Exhibit 1-A, 1-B, 1-C, 1-D, 1-E and 1-F. Similarly, the parties shall meet and confer on summaries of voluminous exhibits.

5. **Stipulations:** The parties advise that they have and are meeting and conferring on proposed stipulations of facts and documents. Said stipulations shall be filed by December 20. 2013.

6. **Equipment:** Computers, projectors, screens and similar equipment must be tested in the courtroom prior to the day when it will be used. Arrangements may be made with the Courtroom Deputy, Frances Stone, at (510) 637-3540 as to appropriate time for doing so. Marshals require court order to allow equipment. Any party needing such an order must file a request and proposed order.

7. **Failure to Comply:** Failure to comply with the obligations set forth in this order will result in sanctions appropriate to the gravity of the failure.

**IT IS SO ORDERED.**

Date: December 13, 2013

_____
**HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE**