UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No: CR 11-00523 YGR |
|---|---|
| Plaintiff, | **PRETRIAL ORDER NO. 4** |
| vs. | Dockets 118, 119, 120, 121, 133, 134 |
| HUGH LESLIE BARAS, | |
| Defendant. | |

During the course of the trial, the parties have presented the Court with a series of motions. Having read and considered the papers filed in connection with these matters and having considered the parties' arguments at the hearing on January 21 and 27, 2014, the Court, for the reasons stated on the record, ruled on the motions on the record and confirms the same here:

1. The Court **DENIED** the Government's Motion for Protective Order Authorizing Ex Parte Contact with Defendant's Treating Physician. This terminates Docket 118, see also, Docket 122.

2. The Court **DENIED** the Defendant's motion filed with Points and Authorities in Support of Lesser-Included Offense Instructions based on the controlling authority of *Sansome v United States* (1965) 380 U.S. 343. This terminates Docket 119, see also, Docket 115.

3. The Court **GRANTED** the Defendant's Proposed Limiting Instruction Regarding Evidence of Payments. This terminates Docket 120.

4. The Court **GRANTED** the Defendant's Request for Clarification on Permissible Scope of Argument Re: Defendant's Subsequent Behavior and provided the same. This terminates Docket 121.

5. The Court **GRANTED** the Defendant's motion filed with Points and Authorities Re Admission of Exhibits Q-1, Q-2, and Q-3. This terminates Docket 133.

6. The Court **DENIED** the Defendant's motion filed with Points and Authorities Re Reconsideration of Order Excluding Evidence of Payments, in Light of Opening the Door in Cross-Examination of Dr. Baras. This terminates Docket 134.

**IT IS SO ORDERED.**

Dated: January 28, 2014

**YVONNE GONZALEZ ROGERS**
United States District Judge