UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>HUGH LESLIE BARAS,<br><br>    Defendant. | Case No:  CR 11-00523 YGR<br><br>**PRETRIAL ORDER NO. 5**<br><br>Docket 128 |

The parties are presently before the Court on Defendant's Points and Authorities Re: Constructive Amendment and 404(B) Instructions.  Dkt. 128.  The Government opposes the motion.  Dkt. 132.  Having read and considered the papers filed in connection with this matter and having considered the parties' arguments at the hearing on January 28, 2014, the Court hereby DENIES Defendant's motion.

On the issue of the request for an instruction on good faith, the Court will be providing an instruction, but in a different form from what either party requests.

As stated on the record at the January 28, 2014 hearing, the Court will explain its reasoning at a later time.

IT IS SO ORDERED.

Dated:  January 31, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge