UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HUGH LESLIE BARAS,<br><br>　　　　Defendant. | Case No:  CR 11-00523 YGR<br><br>**NOTICE OF ERRATA** |

　　　The Court's Order of January 28, 2014 (Dkt. No. 140) was captioned "Pretrial Order No. 4."  The Order should have been captioned "Trial Order No. 1."

　　　The Court's Order of January 31, 2014 (Dkt. No. 148) was captioned "Pretrial Order No. 5."  The Order should have been captioned "Trial Order No. 2."

　　　The Clerk shall amend the ECF docket text for the two aforementioned Orders to reflect that their captions are amended by this Order.

　　　The Clerk shall link this Order in ECF to Docket Numbers 140 and 148, and link Docket Numbers 140 and 148 to this Order.

　　　IT IS SO ORDERED.

Dated: February 3, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge